IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ANTHONY PRICHINELLO, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL NO. 2:18-CV-143 |
| § | |
| DIRECTOR, TDCJ-CID, § | |
| § | |
| Respondent. § | |

## ORDER

The Court is in receipt of Respondent's Motion for Summary Judgment, Dkt. No. 12; Petitioner's Objections to the Motion for Summary Judgment, Dkt. No. 14; the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 15; and Petitioner's Objections to the M&R, Dkt. No. 20.

After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 15. Accordingly, the Court **GRANTS** Respondent's Motion for Summary Judgment, Dkt. No. 12. The Court **DISMISSES** the above-captioned case and **DENIES** Petitioner a Certificate of Appealability.

Final judgment will be entered separately.

SIGNED this 14th day of March, 2019.

_____
Hilda Tagle
Senior United States District Judge